WILLIAM DAGGAR, Respondent, v. ELSA MacNAUGHTON, Appellant.—

Memorandum: Proof sufficient to sustain the finding of the jury as to the item of $946 allowed by them for loss of profits is lacking. The verdict should be reduced accordingly. All concur, except Harris, J., who dissents and votes for affirmance. (As to measure of damages see *Steitz* v. *Gifford*, 280 N. Y. 15.) (The judgment is for plaintiff in an automobile negligence action. The order denies a motion for a new trial.) Present — Cunningham, Taylor, Dowling, Harris and McCurn, JJ.

FRANK McGRATH, Respondent, v. JOHN A. McCALL, as Administrator of the Estate of JAMES McCALL, Deceased, Appellant.—

(The judgment affirms a judgment of the Rochester City Court in favor of plaintiff in an action for breach of contract. Present — Cunningham, Taylor, Dowling, Harris and McCurn, JJ.

ALFRED J. HEMMER, Appellant and Respondent, v. J. S. HOFFMAN CO., INC., Respondent and Appellant.—

(The order sets aside the verdict of a jury in favor of plaintiff on his first cause of action for $1,110.29, but denies defendant's motion to set aside the verdict of the jury in favor of plaintiff for $544.06 on his second cause of action, in an action under contract of employment for commissions.) Present — Cunningham, Taylor, Dowling, Harris and McCurn, JJ.

ETHEL B. WRIGHT, Appellant, v. LIBERTY SHOE COMPANY, INC., Respondent. (The judgment dismisses plaintiff's complaint in a negligence action without prejudice to plaintiff's right to bring another action.) Present — Cunningham, Taylor, Dowling, Harris and McCurn, JJ.

ANNA E. HANSEN, Appellant, v. SAMUEL C. VENNERO, Respondent.—

(The judgment is for defendant for no cause of action in an automobile negligence action. The order denies plaintiff's motion for a new trial.) Present — Cunningham, Taylor, Dowling, Harris and McCurn, JJ.